**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: C.L.P., A MINOR | : | No. 55 MAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.P., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: G.F.P. | : | No. 56 MAL 2022 |
| | : | |
| | : | |
| PETITION OF: D.P., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.